# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUKMINI CALLIMACHI,** 620 Eighth Avenue, 3rd Floor, New York, NY 10036 | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,** 8601 Adelphi Road, Room 5210 College Park, MD 20740-6001 | ) ) ) ) ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff, RUKMINI CALLIMACHI, brings this Freedom of Information Act suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") to produce various records regarding Mihail Horia Botez (or Mihai Botez), one of Romania's leading dissidents during the Ceausescu regime, Romania's permanent representative to the United Nations, and later Romania's Ambassador to Washington in the country's first democratically elected government. Mr. Botez died under suspicious circumstances on July 11, 1995, and was CALLIMACHI's stepfather.

## PARTIES

2. Plaintiff RUKMINI CALLIMACHI, an international investigative reporter for *The New York Times,* is a four-time Pulitzer Prize Finalist and the winner of numerous journalism awards. Her podcast "Caliphate" won the 2019 Peabody Award. In addition to her work for *The New York Times*, she is writing a memoir for Random House. CALLIMACHI made the FOIA request at issue in this case.

3. Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 27, 2019, FOIA REQUEST

6. On November 27, 2019, CALLIMACHI submitted a FOIA request to The Clinton Presidential Library for various records regarding her stepfather Mihail Horia Botez (also known as "Mihai Botez").  CALLIMACHI appended Botez's death certificate, her mother's marriage certificate, and her birth certificate to the FOIA request to indicate the family relationship. Exhibit A.

7. On December 2, 2019, NARA assigned reference number 2020-0139-F to the matter and responded that a preliminary search "revealed approximately 98 pages responsive" to the request that are publicly available.  Of these 98 pages, NARA claimed that "approximately 65 pages" were exempted from release pursuant to 5 U.S.C. 552b(1) and b(6).   Exhibit B.

8. In that same response, NARA stated that it also identified "approximately 409 pages of potentially responsive records, photographs, and video that must be processed." Exhibit B.

9. Upon CALLIMACHI's inquiry on the estimated completion date of processing the 409 pages of potentially responsive records, NARA estimated that "it may take approximately one year before processing will begin." Exhibit C

10. On December 13, 2019, CALLIMACHI appealed NARA's decision to "withhold 65 pages regarding Ambassador Botez" and the timeline for processing the 409 pages of potentially responsive records.  Exhibit D.

11. On December 13, 2019, NARA acknowledged receipt of the appeal and assigned reference number NGC20-020A to the matter.  Exhibit E.

12. On February 12, 2020, NARA declassified some records from the 65 pages that were previously exempted from release.  It also indicated that the case is "only partially complete."  Exhibit F.

13. As of the date of this filing, NARA has not issued a final determination on the appeal and has not produced all records responsive to the request.

## COUNT I – NARA'S FOIA VIOLATION

14. The above paragraphs are incorporated herein.

15. NARA is a federal agency and is subject to FOIA.

16. The requested records are not exempt under FOIA.

17. NARA has refused to produce the requested materials in a timely manner.

**WHEREFORE**, Plaintiff asks the Court to:

i. order NARA to conduct a reasonable search for records and to produce the requested records promptly;

ii. award Plaintiff attorneys' fees and costs; and

iii. award such other relief the Court considers appropriate.

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
RUKMINI CALLIMACHI

- 4 -

> Matthew Topic, D.C. Bar No. IL 0037
> Joshua Burday, D.C. Bar No. IL 0042
> Merrick Wayne, D.C. Bar No. IL 0058
> LOEVY & LOEVY
> 311 North Aberdeen, 3rd Floor
> Chicago, IL 60607
> 312-243-5900
> foia@loevy.com