UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUKMINI CALLIMACHI, )<br>)<br>    Plaintiff, )<br> v. )<br>)<br>NATIONAL ARCHIVES )<br>AND RECORDS ADMINISTRATION, )<br>)<br>    Defendant. )<br>_____) | Case No. 20-cv-00552 (RC) |

## ANSWER

Defendant National Archives and Records Administration ("NARA") hereby answers Plaintiff Rukmini Callimachi's Complaint (the "Complaint"), ECF No. 1, as follows:

1. This paragraph contains Plaintiff's characterization of this action and conclusions of law, to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## PARTIES[1]

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

3. Admit.

## JURISDICTION AND VENUE

4. This paragraph contains argument and conclusions of law, not allegations of fact, and thus no response is required.

---

[1] For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

5. This paragraph contains argument and conclusions of law, not allegations of fact, and thus no response is required.

**NOVEMBER 27, 2019, FOIA REQUEST**

6. NARA admits that it received a FOIA request from Plaintiff by letter dated November 27, 2019. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

7. Admit. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

8. Admit. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

9. Admit. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

10. Admit. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

11. Admit. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

12. NARA admits that by email dated February 12, 2020, it informed Plaintiff that some of the documents subject to her appeal had been declassified and were available online and that her case was only partially complete. NARA denies that it was the entity that declassified the records. By way of further answer, NARA respectfully refers the Court to the cited correspondence for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

13. Admit

## Count I – NARA's FOIA VIOLATION

14. NARA repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

15. Admit.

16. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendant denies.

17. This paragraph contains conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendant denies.

The remaining paragraphs of the Complaint consist of Plaintiff's requests for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

* * *

Defendant hereby denies each and every allegation in the Complaint not expressly answered or qualified above.

## **AFFIRMATIVE DEFENSES**

Defendant reserves there right to amend, alter and supplement the affirmative defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation.

### **FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

### **SECOND AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C § 552(b).

Wherefore, Defendant prays that this Court dismiss the Complaint with prejudice, at Plaintiff's cost, and that the Court grant such other and further relief as the Court deems just and proper.

Dated: April 6, 2020

Respectfully submitted,

TIMOTHY J. SHEA
D.C. BAR # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ William Chang*
WILLIAM CHANG
D.C. BAR # 1030057
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2510
William.chang2@usdoj.gov

Counsel for Defendant