UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUKMINI CALLIMACHI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL ARCHIVES AND RECORDS ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-552 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of March 21, 2024, the parties respectfully submit this joint status report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case. This action arises from the FOIA request made by Plaintiff to the William J. Clinton Presidential Library ("Clinton Library"), a part of Defendant National Archives and Records Administration ("NARA").

Defendant's production is complete. On September 26, 2023, Plaintiff provided Defendant with a final list of challenges to the production. On September 27, 2023, Defendant responded to those challenges and advised Plaintiff that, by November 24, 2023, it would provide a draft Vaughn index explaining withholdings of certain pages that Plaintiff identified. On November 20, 2023, Defendant provided Plaintiff with the draft Vaughn index. On January 31, 2024, Plaintiff advised Defendant that she is not challenging any of the withholdings and the only remaining issues are attorneys' fees and costs.

On March 8, 2024, Plaintiff provided Defendant with a statement of time and expenses incurred in the matter. On April 7, 2024, Defendant responded to Plaintiff with its position. The

parties further corresponded regarding their respective positions. The parties will continue to work to try to resolve the matter without fee litigation.

The parties respectfully propose that they file another joint status report by July 23, 2024, to update the Court on the status of settlement and propose a briefing schedule if warranted.

Dated:  May 21, 2024

                                        Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ M. Jared Littman*
M. Jared Littman, PA Bar #91646
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2523
Jared.Littman@usdoj.gov

*Attorneys for the United States of America*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*