UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUKMINI CALLIMACHI,<br><br>*Plaintiff,*<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 20-0552 (RC) |

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice.

Dated:  May 22, 2024

Respectfully submitted,

/s/ *Merrick Wayne*

Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

-2-

By: <u>*/s/ M. Jared Littman*</u>
M. Jared Littman, PA Bar #91646
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-2523
Jared. Littman@usdoj.gov

*Counsel for Defendant*

-2-